[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 14-14110
Non-Argument Calendar
_____

District Court No. 6:13-cv-00907-GKS-TBS


ROBERT CREIGHTON,

Plaintiff-Appellant,

versus

U.S. DEPARTMENT OF TRANSPORTATION,
SECRETARY, U.S. DEPARTMENT OF TRANSPORTATION,

Defendants-Appellees.


_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(May 15, 2015)

Before TJOFLAT, HULL and ROSENBAUM, Circuit Judges.

PER CURIAM:

For the reasons stated in the District Court's order of July 14, 2014, denying appellant's motion for relief from judgment under Federal Rules 60(b)(1) and (b)(6), we agree that appellant failed to present an adequate basis for granting relief from the District Court's judgment due to "(1) mistake, inadvertence, surprise, or excusable neglect," or "(6) any other reason that justifies relief." We therefore find no abuse of discretion in the denial of appellant's motion.

AFFIRMED.